IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VICTOR AND ANGELITA MOLINA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-4857 |
| | § | |
| | § | |
| NATIONWIDE PROPERTY and CASUALTY | § | |
| INSURANCE COMPANY, *et al,* | § | |
| | § | |
| Defendants | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 11), this action is dismissed with prejudice.

SIGNED on May 27, 2011, at Houston, Texas.

                                                                  _____
                                                                                    Lee H. Rosenthal
                                                                              United States District Judge